## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Dr. Nicholas Angelopoulos

          Plaintiff,

v.                                                    Case No.: 1:12−cv−05836
                                                  Honorable Robert M. Dow Jr.

Keystone Orthopedic Specialists, S.C., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2014:

      MINUTE entry before the Honorable Daniel G. Martin: Motion hearing held. For the reasons discussed in open court, Plaintiff's motion to hold Dr. Hall in contempt [115] is denied without prejudice. Dr. Hall is to be deposed on 3/11/2014 as a Rule 30(b)(6) witness for Vertical Plus and MedStaff. Dr. Hall is ordered to provide two additional dates in May when he will be available to sit for the remaining Rule 30(b)(6) depositions and for his own deposition. Dr. Hall is required to appear for these three depositions. No additional depositions of Dr. Hall will be permitted. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.