# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Dr. Nicholas Angelopoulos v. Keystone Orthopedic Specialists, S.C. et al

Case Number: 12-cv-05836

An appearance is hereby filed by the undersigned as attorney for:

Defendants Keystone Orthopedic Specialists, S.C.; WACHN, LLC; & Martin R. Hall, M.D.

Attorney name (type or print): Bevin Brennan

Firm: Pedersen & Houpt

Street address: 161 North Clark Street, Suite 2700

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6271982
(See item 3 in instructions)

Telephone Number: (312) 641-6888

Email Address:

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 11, 2017

Attorney signature: S/ Bevin M. Brennan

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015