**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Angelopoulos,<br><br>Plaintiff(s),<br><br>v.<br><br>Keystone Orthopedic Specialists, S.C. et al.,<br><br>Defendant(s). | Case No. 12-cv-5836<br>Judge Robert M. Dow |

## **ORDER**

Jury trial begins on 5/23/2017. Jury selection concluded. Jury trial continued to 5/24/2017 at 9:30 a.m.

6:15

Date: 5/23/2017                                                       /s/ Robert M. Dow, Jr.
                                                                                United States District Judge