UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Dr. Nicholas Angelopoulos
                            Plaintiff,

v.                                                   Case No.: 1:12−cv−05836
                                                   Honorable Robert M. Dow Jr.

Keystone Orthopedic Specialists, S.C., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 7, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Jury trial held. Jury deliberations concluded and jury verdict returned. The jury unanimously finds and awards as follows: Count I: Violation of Internal Revenue Code against Defendants Hall and Keystone− A. For the Plaintiff and against Defendant Hall and Defendant Keystone; Count II: Fraud against Defendants Hall, Keystone, and WACHN− A. For the Plaintiff and against Defendant Hall and Defendant Keystone, B. The Plaintiff is awarded compensatory damages of $454,000 against Defendant Hall and $454,000 against Defendant Keystone, C. The Plaintiff is awarded punitive damages of $1,000,000 against Defendant Hall; Count III: Breach of Fiduciary Duty against Defendant Hall− A. For the Plaintiff, specifically, that the Defendant owed Plaintiff a fiduciary duty based on: A partnership in Keystone and a member in WACHN, B. The Plaintiff is awarded compensatory damages of &#0;36;333,000 by virtue of Defendant's position with WACHN and $575,000 by virtue of Defendant's position with Keystone, C. The plaintiff is awarded punitive damages of $1,000,000; Count V: Special Interrogatory− The jury find that Dr. Angelopoulos is bound by a WACHN Operating Agreement; Count V: Breach of WACHN Operating Agreement Against Defendant WACHN− A. For the Plaintiff, B. The Plaintiff is awarded compensatory damages of $111,000; Count VI: Breach of Keystone Contract against Defendant Keystone− A. For the Plaintiff, B. The Plaintiff is awarded compensatory damages of $454,000; Counterclaim II: The jury find for the Counter−Defendant Dr. Angelopoulos. Signed by the foreperson and six jurors, dated 6/6/17. Civil case terminated. Parties post−trial motions are due on or before 7/5/2017. Status hearing set for 7/7/2017 at 10:00 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.