**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. NICHOLAS ANGELOPOULOS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12 C 05836 |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| KEYSTONE ORTHOPEDIC SPECIALISTS, | ) | |
| et al., | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT ORDER**

I.      Judgment is hereby entered as follows:

1.  On Count I, judgment in favor of Plaintiff and against Defendants Martin R. Hall and Keystone Orthopedic Specialists, S.C., jointly and severally, in the total amount of $178,594.29.

2.  On Count II, judgment in favor of Plaintiff and against Defendants Martin R. Hall and Keystone Orthopedic Specialists, S.C., jointly and severally, for compensatory damages in the principal amount of $454,000.00 plus interest of $106,034.46 for a total of $560,034.46.   In addition, judgment against Defendant Martin R. Hall for punitive damages of $1,000,000.00.

3.  On Count III, judgment in favor of Plaintiff and against Defendant Martin R. Hall in the principal amount of $333,000.00 by virtue of Defendant Martin R. Hall's position with WACHN plus interest of $77,774.17 and $575,000.00 by virtue of Defendant Martin R. Hall's position with Keystone plus interest of $134,294.75, plus punitive damages of $1,000,000.00.

4.  On Count V, in favor of Plaintiff and against WACHN, LLC, the principal amount of $111,000.00.

5.  On Count VI, in favor of Plaintiff and against Keystone Orthopedic Specialists, LLC, the principal amount of $454,000.00.

6.  Judgment in favor of Plaintiff and against all defendants, jointly and severally, for discovery sanctions pursuant to the Court's order dated May 19, 2017 [Docket No. 380] totaling $25,175.00.

II.      As all parties acknowledge that the amounts listed above include duplicative or overlapping amounts in at least some of the counts [See 440, at 20-22; 459, at 2-9], the Court will address this issue in post-judgment motions as it has indicated previously [See 476, at 12]. Upon such a resolution, the Court will determine any total judgment amount that may be entered

against any particular Defendant, if appropriate, or issue any other appropriate ruling on the post-judgment motions.

III.     This Order is a final judgment order for purposes of Federal Rule of Civil Procedure 58.


Dated: July 23, 2018                                            _____

                                                              Robert M. Dow, Jr.

                                                              United States District Judge