## Statement of Account
Last statement: June 29, 2018
This statement: July 31, 2018

▉1283   Page 1 of 3

408
Direct inquiries to:
Customer Service
800-322-3623

KEYSTONE ORTHOPEDIC SPECIALISTS S.C.
835 HUTCHISON RD
FLOSSMOOR IL 60422-1317

First Midwest Bank  332
18600 Dixie Highway
Homewood, Illinois 60430

32

### Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Strategic Business Checking | ▉1283 | $33,131.37 |

### Strategic Business Checking

Account number ▉1283

32 Enclosures

| | | |
|---|---|---|
| Beginning balance | $38,274.09 | |
| Average balance | $24,853.55 | |
| Total additions | $52,788.91 | Total subtractions $-57,931.63 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 16241 | 07-05 | 150.00 | 000005704838610 |
| 16286 * | 07-02 | 500.00 | 000003869078860 |
| 16289 * | 07-03 | 54.16 | 000008634125910 |
| 16297 * | 07-03 | 316.85 | 000003871515570 |
| 16298 | 07-06 | 5.96 | 000008637490470 |
| 16299 | 07-03 | 52.11 | 000003871514250 |
| 16300 | 07-09 | 10.40 | 000008637664590 |
| 16301 | 07-05 | 566.19 | 000008635928030 |
| 16302 | 07-19 | 131.67 | 000003888209310 |
| 16303 | 07-02 | 25,000.00 | 000005703061620 |
| 16304 | 07-23 | 200.09 | 000003891216950 |
| 16305 | 07-23 | 61.88 | 000008652321220 |
| 16306 | 07-27 | 215.66 | 000003895876490 |
| 16307 | 07-20 | 105.00 | 000008651405020 |
| 16308 | 07-20 | 126.99 | 000008652181330 |
| 16309 | 07-20 | 585.00 | 000003888843370 |
| 16310 | 07-30 | 36.79 | 000008660799870 |
| 16311 | 07-23 | 120.00 | 000003891131900 |
| 16313 * | 07-23 | 105.50 | 000003891208720 |
| 16314 | 07-25 | 3,792.23 | 000008656879160 |
| 16318 * | 07-31 | 316.58 | 000008662597960 |
| 16319 | 07-31 | 13.61 | 000008662600280 |
| 16321 * | 07-31 | 157.55 | 000003899105280 |

*Skip in check sequence*


EXHIBIT B

## Statement of Account

Last statement: June 29, 2018
This statement: July 31, 2018

1130           Page 1 of 4

408

Direct inquiries to:
Customer Service
800-322-3623

KEYSTONE ORTHOPEDIC SPECIALISTS S.C.
835 HUTCHISON RD
FLOSSMOOR IL 60422-1317

First Midwest Bank  332
18600 Dixie Highway
Homewood, Illinois 60430

0

### Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Strategic Business Checking | 1130 | $3,286.04 |

## Strategic Business Checking

Account number
1130

| | |
|---|---|
| Beginning balance | $41.89 |
| Average balance | $2,954.62 |
| Total additions | $28,647.06 |
| Total subtractions | $-25,402.91 |

| Date | Description | Control number | Additions | Subtractions |
|---|---|---|---|---|
| 07-02 | #Preauthorized Credit<br>Merch Bankcard Comb. Dep.<br>Merch Bankcard Comb. Dep. Ter<br>M 520000164101005 Batch 0000017 | 242071753321414 | 1,981.11 | |
| 07-03 | #Preauthorized Credit<br>Ngs, Inc. Hcclaimpmt<br>893325280*1351840597~ | 042000011005863 | 583.90 | |
| 07-03 | #Preauthorized Credit<br>Bcbs Illinois Hcclaimpmt<br>T18183E02634550*1731350270*T18183E02<br>634550-1528020559\ | 071000158798378 | 106.41 | |
| 07-03 | #Preauthorized Credit<br>36 Treas 310 Misc Pay<br>180703 363926845360012 | 101036150421210 | 41.23 | |
| 07-03 | #Preauthorized Credit<br>Palmetto Gba Hcclaimpmt<br>803052784*1571062326~ | 031100204317304 | 39.20 | |
| 07-03 | #Preauthorized Credit<br>Mapd Bcbs Hcclaimpmt<br>M18183E02493190*1731350270*M18183E02<br>493190-1528020559\ | 071000158418409 | 28.01 | |

